IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

### ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: Civil Action Nos: 5:21-CV-00207-H and 5:21-CV-00301-H
2. Style of case: Tornier, Inc., et al v. Caprock Orthopaedic, et al
3. Nature of suit: Breach of Contract - Non-compete Agreement
4. Method of ADR used:      ☒ Mediation
5. Date ADR session was held: 08/23/2022
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.        ☐ Settled, in part, as a result of ADR.

    ☒ Settled as a result of ADR.             ☐ Parties were unable to reach settlement.

    ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $4365.00
8. Duration of ADR:                   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   Dari Bargy, in-house counsel for Plaintiffs
   Katie Buis, in-house counsel for Plaintiffs
   Jared Gist, Defendant and Representative for Defendant Caprock
   Brian Childres, Representative for Defendant T'Nacity
   Scott Laster, Representative for Defendant T'Nacity
   Donna Edwards, Representative of Defendant Exactech

   *Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

_____
Signature                                          Date: August 24, 2022
Address: 1205 Broadway, Lubbock, Tx 79401          Phone: 806-771-1775

## **Alternative Dispute Resolution Summary**
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

### *Attorneys for Plaintiffs*
Michael D. Wexler
Marcus L. Mintz
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
312-460-5000
312-460-7000 – fax
mwexler@seyfarth.com
mmintz@seyfarth.com

### *Attorneys for Defendants Caprock Orthopaedic & Jared Gist*
Bryan Collins
Rogge Dunn Group, P.C.
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
(214) 888-5000
(214) 220-3833 - fax
collins@roggedunngroup.com

### *Attorneys for T'Nacity Medical Solutions, LLC*
Michael J. Manktelow
Brent W. Bailey
Kish Manktelow & Bailey, PC
2201 N Central Expressway Suite 180
Richardson, Texas 75080
(214) 276-6820
(214) 276-6821 Fax
michael@kmblegalgroup.com
bbailey@kmblegalgroup.com

### *Attorneys for Exactech*
Lorence J. Bielby
John K. Londot
Greenberg Traurig, P.A.
101 E. College Avenue
Post Office Drawer 1838
Tallahassee, Fl. 32302-1838
(850) 222-6891
(850) 681-0207 – fax
bielbyl@gtlaw.com
londotJ@gtlaw.com