UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

TORNIER, INC., et al.,

    Plaintiffs,

v.

CAPROCK ORTHOPAEDIC
CONSULTANTS, LLC, et al.,

    Defendants.

No. 5:21-CV-207-H
No. 5:21-CV-301-H

## ORDER OF DISMISSAL

Before the Court is the parties' joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 34. The joint stipulation is approved. It is ordered that all claims in this action are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on November 4, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE